UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KEVIN REGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 3:16-CV-778-MGG |
| ) | |
| ARIZONA RV CENTERS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

On October 14, 2017, Plaintiff filed his Motion to Strike Affirmative Defenses. [DE 23]. By agreement of the parties, the Court stayed ruling on Plaintiff's motion to strike until after the January 31, 2018, deadline for amending pleadings without leave of Court. [DE 29]. On January 15, 2018, both Defendants filed Amended Answers. [DE 31, 32]. Accordingly, the Court **DENIES AS MOOT** Plaintiff's motion to strike. [DE 23].

**SO ORDERED.**

Dated this 29th day of January 2018.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge